# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

MONICA ACERRA et al.,

    Plaintiffs,

v.

TRULIEVE CANNABIS CORP. et al.,

    Defendants.

_____/

CONSOLIDATED
Case No.  4:20cv186-RH-MJF

## JUDGMENT

All claims are dismissed with prejudice.

JESSICA J. LYUBLANOVITS,

CLERK OF COURT

<u>March 11, 2022</u>        <u>s/ Samantha Buckhalt</u>
DATE                       Deputy Clerk